**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARIA NEIRA,

   Plaintiff,

                         CASE NO.:  6:17-cv-01923-ACC-TBS

-VS-

CONSUMER PORTFOLIO SERVICES,
INC.
   Defendant.

_____/

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, Maria Neira ("Plaintiff"), by and through the undersigned counsel and pursuant to Local Rule 3.05, hereby notifies the Court that the parties have tentatively reached a resolution of this case.  Plaintiff requests sixty (60) days in which to file a voluntary or stipulated dismissal, or to pursue or reopen the case for further proceedings.

                Respectfully submitted,

                STAMATAKIS + THALJI + BONANNO

                By: / s / Sami Thalji
                Sami Thalji, Esquire,
                Florida Bar No.:165913
                Scott D. Stamatakis, Esquire
                Florida Bar No.:178454
                Nick Fowler, Esquire, Trial Counsel
                Florida Bar No.:81856
                Melissa Thalji, Esquire
                Florida Bar No.:174467
                8751 N. Himes Ave
                Tampa, Florida 33614
                (813) 282-9330 (telephone)
                (813) 282-8648 (facsimile)

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2018, I caused the foregoing document to be filed with the Clerk of Court using CM/ECF

STAMATAKIS + THALJI + BONANNO

By: / s / Sami Thalji
Sami Thalji, Esquire,
Florida Bar No.:165913
Scott D. Stamatakis, Esquire
Florida Bar No.:178454
Nick Fowler, Esquire, Trial Counsel
Florida Bar No.:81856
Melissa Thalji, Esquire
Florida Bar No.:174467
8751 N. Himes Ave
Tampa, Florida 33614
(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Counsel for Plaintiff