# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA NEIRA,**

    **Plaintiff,**

v.                                          Case No:   6:17-cv-1923-Orl-22TBS

**CONSUMER PORTFOLIO SERVICES, INC.,**

    **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action is being settled. (Doc. No. 10).   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on January 24, 2018.

*ANNE C. CONWAY*
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record